EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stanley Caesar Jr., on behalf of himself and all other persons similarly situated,<br><br>              Plaintiff,<br><br>- vs. -<br><br>Alex Figliola Contracting Corp., Alex Figliola Water & Sewer, Inc., Alex Figliola, and John Figliola,<br><br>             Defendants. | DOCKET NO. 11-CV-00082<br>(RRM) (JO) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Stanley Caesar, Christian Astimbay, Marcus Avril, Christopher Byles, Jorge Calle, Robert Cwiekala, Julian Miguel Garcia, Miguel Herrera, Jackie Jennings, Devon Lloyd, Roman Wojtaszek, Joseph Castrello, Alty Currie, Anthony Licausi, Damean Meadows, Maurice Walton, Joseph Gustave, Mario Rojas, and Angel Tenecela ("Plaintiffs"), and Defendants Alex Figliola Contracting Corp., Alex Figliola Water & Sewer, Inc., Alex Figliola, and John Figliola ("Defendants"), that all of Plaintiffs' claims in the Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear his/her/its own costs and attorneys' fees.

Dated: September __, 2012

| | |
|---|---|
| SAMUEL & STEIN<br>By: _____<br>David Stein (DS-2119)<br><br>38 West 32nd Street, Suite 1110<br>New York, New York 10001<br>(212) 563-9884<br>Attorneys for Plaintiffs | BEILIS & POLS PC<br>By: _____<br>Donald Pols (DP-557)<br><br>213 West 35th Street, Suite 902<br>New York, NY 10001<br>(212) 490-2700<br>Attorneys for Defendants |

SO ORDERED:

_____
Hon. James Orenstein, U.S.M.J.